# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGETTE SONS, individually, and as the representative of deceased minor TREYH WEBSTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| JOHN DOES 1-12, in their individual capacities; LAWRENCE BATTISTE, in his capacity as Chief of the Mobile Police Department; and CITY OF MOBILE, | ) ) ) ) ) |
| Defendants. | ) |

CASE NO. 1:21-cv-00327

## SUGGESTION OF DEATH

Defendants the City of Mobile and Lawrence Battiste give notice of the death of named Plaintiff Georgette Sons. Upon information and belief, Georgette Sons died on Thursday, July 22, 2021.

Respectfully submitted,

*s/ L. Robert Shreve*
RICARDO A. WOODS
L. ROBERT SHREVE
TAYLOR B. JOHNSON
Attorneys for Defendants City of Mobile, Alabama and Lawrence Battiste

**OF COUNSEL:**
BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama 36652
Telephone:   (251) 344-5151
Facsimile:    (251) 344-9696
Email:          rwoods@burr.com
                    rshreve@burr.com
                    tjohnson@burr.com

46537203 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy to all counsel of record of the foregoing document by Notice of Electronic Filing, using CM/ECF system which will send notification of such to all counsel of record October 21, 2021.

Mario Williams, Esq.
NDH, LLC.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303

                           *s/ L. Robert Shreve*
                           OF COUNSEL

46537203 v1